

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2015

No. 04-15-00091-CR

**IN RE** Jaime **LUEVANO**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Chief Justice
                 Marialyn Barnard, Justice
                 Jason Pulliam, Justice

On March 18, 2015, relator filed a supplement to his petition for writ of mandamus initially filed on February 23, 2015. The court has determined that it lacks jurisdiction to consider relator's petition. Accordingly, relator's supplemental petition is also DISMISSED FOR LACK OF JURISDICTION. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on March 25, 2015.

PER CURIAM

ATTESTED TO: _____
                Keith E. Hottle
                Clerk of Court

---

[1] Relator is currently incarcerated in the John B. Connally Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, located in Karnes County, Texas. Relator's complaints in this mandamus proceeding are unrelated to the criminal conviction leading to his current incarceration, which was adjudicated in 2010 in Cause No. 20070D04788, styled *The State of Texas v. Jaime Luevano*, El Paso County, Texas.